IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket No.  5:07cr10DCB-JCS-001 |
| ) | |
| **CHRISTOPHER WALKER** ) | |

### ORDER  REGARDING DISMISSAL OF THE PETITION for WARRANT for OFFENDER UNDER SUPERVISION

**The Court finds as follows in this case:**

On August 13, 2008, this matter came before the Court in regards to the Petition for Warrant for Offender Under Supervision filed, on January 10, 2008, by the U.S. Probation Office for revocation of supervised release.  The Court acknowledges that the violation listed on the Petition involved the defendant being charged with new criminal conduct in Hinds County, Mississippi.  However, it has come to the attention of the Court that the Grand Jury of the First Judicial District of Hinds County, Mississippi has declined to return a True Bill in the case against the defendant.  Therefore, the United States Probation Office requests that the Petition for Revocation against the defendant be dismissed.  The Court hereby grants the request to dismiss the Petition and continues the defendant's term of supervision under the same mandatory, standard, and special conditions previously ordered in the Judgement in a Criminal Case imposed on June 26, 2007.

SO DATED, this the   14th   day of  August   , 2008.

                                                        s/ David Bramlette
                                                DAVID C. BRAMLETTE
                                                SENIOR UNITED STATES DISTRICT JUDGE